FILED

11/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0497

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 21-0497

CHAPPELL HOLDINGS LLC,

     Plaintiff and Counterclaim
Defendant/Appellant,

vs.

FRANK BOONE and KELLY BOONE,

     Defendants and Counterclaim
Plaintiffs/Appellee.

ERIC A. MISNER and SHANA D.
EAGLEFEATHERS,

     Plaintiffs/Appellee,

vs.

FRANK R. BOONE, III, KELLY A. BOONE,
and PURE REAL ESTATE, LLC,

     Defendants/Appellee.

FRANK R. BOONE, III and KELLY A.
BOONE,

     Counterclaim Plaintiffs/Appellee,

vs.

ERIC A. MISNER and SHANA D.
EAGLEFEATHERS,

     Counterclaim Defendants/Appellee.

FRANK R. BOONE, III and KELLY A.
BOONE,

     Cross-claim Plaintiffs/Appellee,

vs.

PURE REAL ESTATE, LLC,

     Cross-claim Defendants/Appellee.

**ORDER OF DISMISSAL**

ERIC A. MISNER and SHANA D. EAGLEFEATHERS,

       Cross-claim Plaintiffs/Appellee,

vs.

CHAPPELL HOLDINGS LLC,

       Cross-claim Defendant/Appellant.

A STIPULATION TO DISMISS having been filed in this matter, and for good cause appearing;

IT IS HEREBY ORDERED that this case and appeal is dismissed with prejudice, as fully and finally settled on the merits, with each party to bear their own costs and attorney fees.

DATED this ____ day of November, 2021.

_____
Montana Supreme Court Justice

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 4 2021